

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00448-CV

| | | |
|---|---|---|
| In the Interest of E.D., A Child | § | From the 90th District Court |
| | § | of Young County (32309) |
| | § | May 24, 2018 |
| | § | Opinion by Chief Justice Sudderth |
| | § | Dissent by Justice Birdwell |
| | § | (en banc) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth